Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| TARA BOWMAN<br><br>    Plaintiff,<br><br>v.<br><br>TODD, BREMER & LAWSON, INC.,<br><br>    Defendant | Case No. 3:17-cv-1092-YY<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

    IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney's fees or costs to any of the parties.

DATED: May 24, 2019

*s/Kelly Donovan Jones*
Kelly D. Jones, OSB # 074217
Michael R. Fuller, OSB #093570
Bret A. Knewtson, OSB # 033553

Attorneys for Plaintiff

/ / /

/ / /

DATED: May 24, 2019

Robert E. Sabido, OSB # 964168
Timothy J. Fransen, OSB #073938

Attorneys for Defendant

Page 1 - **STIPULATED JUDGMENT OF DISMISSAL**

Based on the parties' stipulation, it is:

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney's fees or costs to any of the parties.

DATED: __May 24_____, 2019

                        /s/ Youlee Yim You  
                        Youlee Yim You  
                        United States Magistrate Judge

Page 2 -  **STIPULATED JUDGMENT OF DISMISSAL**

**Cosgrave Vergeer Kester LLP**  
900 SW Fifth Avenue, Suite 2400  
Portland, Oregon 97204  
Telephone: (503) 323-9000  
Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **STIPULATED JUDGMENT OF DISMISSAL** to be served on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to attorneys at the address listed below:

Michael R. Fuller
Olsen Daines PC
111 SW Fifth Avenue, Suite 3150
Portland, Oregon 97204

Kelly D. Jones
Attorney at Law
819 SE Morrison Street, Suite 255
Portland, OR 97214

Bret A. Knewtson
Attorney At Law
3000 N.W. Stucki Place, Suite 230 M
Hillsboro, Oregon 97124

Attorneys for Plaintiff

DATED: May 24, 2019

_____
Robert E. Sabido
Timothy J. Fransen

Page 1 - **CERTIFICATE OF SERVICE**